IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GREGORY ANDRE COLEMAN**  **PETITIONER**
*REG #35489-001*

V.   CASE NO. 2:22-cv-00080-BSM-JTK

**YATES**
*Warden, Forrest City Low*   **RESPONDENT**

### ORDER

Gregory Andre Coleman filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1)

In his petition, Mr. Coleman complains that medical staff at the Federal Correctional Institution in Forrest City ("FCI") violated his rights under the Eighth Amendment to the United States Constitution. (Doc. No. 1) More specifically, he claims that the failure to provide adequate medical care has resulted in ongoing pain and suffering related to an untreated gunshot wound. (Doc. No. 1 at p. 3)

Mr. Coleman's allegations have nothing to do with the fact or length of his confinement, so his claims are not appropriate for consideration as a habeas corpus petition. A habeas corpus petition challenges only the validity or length of confinement. *Heck v. Humphrey*, 512 U.S. 477, 481–482 (1994). It is "an attack by a person in custody upon the legality of that custody, and the traditional function of the writ is to secure release from illegal custody." *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973).

Here, Mr. Coleman challenges the medical care he has received during his incarceration, which concern conditions of his confinement. If he wishes to pursue conditions-of-confinement claims by converting his petition to a civil complaint, he must so inform the court within thirty

days of the date of this order. Failure to convert the case to a civil action will result in dismissal of the habeas corpus petition, without prejudice.

If Mr. Coleman decides to convert his petition to a civil action, he will also need to pay the filing fee or file a motion to proceed *in forma pauperis* ("IFP"). All civil cases filed by prisoners require the plaintiff to pay a $402 filing fee. If Mr. Coleman is granted IFP status, the $402 filing fee will be deducted from his prison trust account in monthly installments.

Failure to fully comply with this order within thirty (30) days will result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

IT IS SO ORDERED, this 6th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE