# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GREGORY ANDRE COLEMAN**  **PETITIONER**
*REG #35489-001*

V.   CASE NO. 2:22-cv-00080-BSM-JTK

**YATES**
*Warden, Forrest City Low*   **RESPONDENT**

## ORDER

Gregory Andre Coleman filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. No. 1) On December 6, 2022, the Court advised Mr. Coleman that his claims were not appropriate for consideration as a habeas corpus petition and gave him the opportunity to have his habeas action reclassified as a conditions-of-confinement claim under 42 U.S.C. § 1983. (Doc. No. 4)

On January 6, 2023, Mr. Coleman responded that he would like this action reclassified. (Doc. No. 5) Accordingly, this case should be reclassified as a "555" conditions of confinement action. The Clerk of Court is directed to reclassify this case as a "555" action.

Additionally, the Clerk of Court is directed to send Mr. Coleman an application to proceed *in forma pauperis* ("IFP"), along with a copy of this Order. Mr. Coleman will need to pay the filing fee or file a motion to proceed IFP. All civil cases filed by prisoners require the plaintiff to pay a $402 filing fee. If Mr. Coleman is granted IFP status, the $402 filing fee will be deducted from his prison trust account in monthly installments.

IT IS SO ORDERED, this 3rd day of March, 2023.

                                                                     _____
                                                                     UNITED STATES MAGISTRATE JUDGE