# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

GREGORY ANDRE COLEMAN,                                              PLAINTIFF
Reg. # 35489-001

v.                                2:22CV00080-BSM-JTK

YATES                                                                  DEFENDANT

## **ORDER**

     Gregory Andre Coleman ("Plaintiff") has filed a Motion to Stay. (Doc. No. 11). Plaintiff's Motion (Doc. No. 11) is GRANTED.

     On March 3, 2023, the Court reclassified the nature of this action as falling under 42 U.S.C. § 1983. (Doc. No. 6). Plaintiff then filed a Motion to Proceed In Forma Pauperis, which was granted. (Doc. Nos. 8, 9). Upon screening Plaintiff's Complaint pursuant to the Prison Litigation Reform Act, the Court found that Plaintiff's allegations failed to state a claim on which relief may be granted. (Doc. No. 10). The Court gave Plaintiff the chance to file a superseding Amended Complaint to cure the defects in his pleading. (Id.).

     Plaintiff now explains that the jailhouse lawyer who had been helping him is no longer incarcerated. (Doc. No. 11). Plaintiff asks for a 180-day stay in which to find legal counsel. (Id.). Plaintiff's request is granted.

     If Plaintiff wishes to submit an Amended Complaint for the Court's review, he must file the Amended Complaint, consistent with the instructions set out in docket entry no. 10, within one hundred eighty (180) days—by October 17, 2023. If Plaintiff does not submit an Amended Complaint, I will recommend that his original Complaint be dismissed. See 28 U.S.C. § 1915(e)(2); 28 U.S.C. Sect. 1915A(a); Loc. R. 5.5(c)(2); Fed. R. Civ. P. 41(b).

     The Clerk of the Court is directed to send Plaintiff a copy of docket entry no. 10 along with a copy of this Order.

2

IT IS SO ORDERED this 19th day of April, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE