IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GREGORY ANDRE COLEMAN**　　　　　　　　　　　　　　　　**PLAINTIFF**
*REG #35489-001*

v.　　　　　　　　　　CASE NO. 2:22-CV-00080-BSM

**YATES, Warden,**　　　　　　　　　　　　　　　　　　　　**DEFENDANT**
**Forrest City Low**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE